# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY**, | 1: 08-CV-1765 AWI DLB |
| Plaintiff, | **ORDER STAYING ACTION** |
| v. | **ORDER REQUIRING PARTIES TO FILE STATUS REPORTS BY AUGUST 28, 2009** |
| **JEANIE MCINTOSH and TAMARA ANN ASHLEY,** | |

    Defendant Jeanie McIntosh filed a Chapter 11 Bankruptcy Petition; therefore, this action is subject to an automatic stay pursuant to 11 U.S.C. § 362(a).

    The parties shall file a status report concerning the bankruptcy proceedings by August 28, 2009

IT IS SO ORDERED.

Dated:   March 2, 2009                         /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE