# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY**, | 1: 08-CV-1765 AWI DLB |
| Plaintiff, | **ORDER LIFTING STAY** |
| v. | **ORDER REFERRING ACTION TO THE MAGISTRATE JUDGE FOR A SCHEDULING CONFERENCE** |
| **JEANIE MCINTOSH and TAMARA ANN ASHLEY,** | |

On November 18, 2008, Plaintiff filed this action for declaratory relief and reimbursement. After receiving notice that Defendant Jeanie McIntosh had filed a Chapter 11 Bankruptcy Petition, on March 4, 2009, the court stayed this action pursuant to 11 U.S.C. § 362(a).

Plaintiff has filed a status report that provides evidence that the Bankruptcy Court lifted the automatic stay in this action. Thus, any stay issued by this court is lifted, and the parties should proceed with a scheduling conference.

Accordingly, the court ORDERS that:

1. The court's March 4, 2009 stay is LIFTED; and

2. This matter is referred to the Magistrate Judge for further a scheduling conference.

IT IS SO ORDERED.

Dated:  October 9, 2009           /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE